IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ROLAND KADERLI, JR. | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:19cv367 |
| JOHN KIMBROUGH, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Roland Kaderli, Jr., an inmate at the Orange County Jail, proceeding *pro se*, brought the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

## O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** to the extent it recommended dismissal. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **18** day of **February, 2020.**

Thad Heartfield
United States District Judge

---

[1] Plaintiff filed a motion to dismiss the case following the Report. As the defendants have neither answered nor filed a motion for summary judgment at this time, plaintiff is entitled to dismiss his complaint without prejudice. *See* FED. R. CIV. P. 41(a). Accordingly, plaintiff's motion to dismiss is GRANTED, and the Report will be adopted only to the extent it recommended dismissal.